**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

**JESSICA CHRISTINE DAVOLI**
DEPARTMENT: 300
DD RECEIPT: 1372937627
EMPLOYEE ID: 51313




FEIN: 47-1323134
Pay Period 12/01/2025 - 12/14/2025
Pay Date 12/19/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,615.38 | 1,884.00 | 40,872.88 |
| HOL | | | | 56.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 2,024.00 | $43,827.90 |
| **Total Hours Worked** | | 80.00 | | 1,884.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 247.94 |
| FSA | 125.00 | 3,250.00 |
| **Total** | $142.71 | $3,497.94 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,808.71 |
| MED | 21.35 | 584.41 |
| SOC | 91.31 | 2,499.11 |
| **Total** | $210.98 | $5,892.23 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1372937627
Date 12/19/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

300 DD

Pay to the
Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

**N O N - N E G O T I A B L E**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

**JESSICA CHRISTINE DAVOLI**
DEPARTMENT: 300
DD RECEIPT: 1371359315
EMPLOYEE ID: 51313



FEIN: 47-1323134
Pay Period 11/17/2025 - 11/30/2025
Pay Date 12/05/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 72.00 | 1,615.38 | 1,804.00 | 39,257.50 |
| HOL | | 8.00 | | 56.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 1,944.00 | $42,212.52 |
| **Total Hours Worked** | | 72.00 | | 1,804.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 230.23 |
| FSA | 125.00 | 3,125.00 |
| **Total** | $142.71 | $3,355.23 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,710.39 |
| MED | 21.35 | 563.06 |
| SOC | 91.31 | 2,407.80 |
| **Total** | $210.98 | $5,681.25 |

| Limits | BALANCE |
|---|---|
| FSA | 125.00 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1371359315
Date 12/05/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

300 DD

Pay to the Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

**N O N - N E G O T I A B L E**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

**JESSICA CHRISTINE DAVOLI**
DEPARTMENT: 300
DD RECEIPT: 1369835235
EMPLOYEE ID: 51313



FEIN: 47-1323134
Pay Period 11/03/2025 - 11/16/2025
Pay Date 11/21/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,615.38 | 1,732.00 | 37,642.12 |
| HOL | | | | 48.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 1,864.00 | $40,597.14 |
| **Total Hours Worked** | | 80.00 | | 1,732.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 212.52 |
| FSA | 125.00 | 3,000.00 |
| **Total** | $142.71 | $3,212.52 |

| Limits | BALANCE |
|---|---|
| FSA | 250.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,612.07 |
| MED | 21.35 | 541.71 |
| SOC | 91.31 | 2,316.49 |
| **Total** | $210.98 | $5,470.27 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1369835235
Date 11/21/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

300 DD

Pay to the Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

**N O N - N E G O T I A B L E**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

**JESSICA CHRISTINE DAVOLI**
DEPARTMENT: 300
DD RECEIPT: 1368236378
EMPLOYEE ID: 51313



FEIN: 47-1323134
Pay Period 10/20/2025 - 11/02/2025
Pay Date 11/07/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,615.38 | 1,652.00 | 36,026.74 |
| HOL | | | | 48.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 1,784.00 | $38,981.76 |
| **Total Hours Worked** | | 80.00 | | 1,652.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 194.81 |
| FSA | 125.00 | 2,875.00 |
| **Total** | $142.71 | $3,069.81 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,513.75 |
| MED | 21.35 | 520.36 |
| SOC | 91.31 | 2,225.18 |
| **Total** | $210.98 | $5,259.29 |

| Limits | BALANCE |
|---|---|
| FSA | 375.00 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1368236378
Date 11/07/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

300 DD

Pay to the
Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

**N O N - N E G O T I A B L E**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

**JESSICA CHRISTINE DAVOLI**
DEPARTMENT: 300
DD RECEIPT: 1366658700
EMPLOYEE ID: 51313



FEIN: 47-1323134
Pay Period 10/06/2025 - 10/19/2025
Pay Date 10/24/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,615.38 | 1,572.00 | 34,411.36 |
| HOL | | | | 48.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 1,704.00 | $37,366.38 |
| **Total Hours Worked** | | 80.00 | | 1,572.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 177.10 |
| FSA | 125.00 | 2,750.00 |
| **Total** | $142.71 | $2,927.10 |

| Limits | BALANCE |
|---|---|
| FSA | 500.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,415.43 |
| MED | 21.35 | 499.01 |
| SOC | 91.31 | 2,133.87 |
| **Total** | $210.98 | $5,048.31 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1366658700
Date 10/24/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

300 DD

Pay to the Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

**N O N - N E G O T I A B L E**

ISAACS MOVERS TX INC
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

JESSICA CHRISTINE DAVOLI
DEPARTMENT: 300
DD RECEIPT: 1365159266
EMPLOYEE ID: 51313

Paycor
A Paychex® Company

FEIN: 47-1323134
Pay Period 09/22/2025 - 10/05/2025
Pay Date 10/10/2025

**FITWH** **Filing Status: S**
**TX**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,615.38 | 1,492.00 | 32,795.98 |
| HOL | | | | 48.00 | |
| SICK | | | | 40.00 | |
| VAC | | | | 44.00 | |
| ‡RMB | | | | | 22.02 |
| COM | | | | | 2,933.00 |
| **Total** | | 80.00 | $1,615.38 | 1,624.00 | $35,751.00 |
| **Total Hours Worked** | | 80.00 | | 1,492.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DEN | 17.71 | 159.39 |
| FSA | 125.00 | 2,625.00 |
| **Total** | $142.71 | $2,784.39 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 98.32 | 2,317.11 |
| MED | 21.35 | 477.66 |
| SOC | 91.31 | 2,042.56 |
| **Total** | $210.98 | $4,837.33 |

| Limits | BALANCE |
|---|---|
| FSA | 625.00 |

**Net Pay** **XXXXXX4188** $1,261.69

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ISAACS MOVERS TX INC**
7440 FAIRBANKS N HOUSTON RD
HOUSTON TX 77040

Direct Deposit # 1365159266
Date 10/10/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

300 DD

Pay to the
Order of

**JESSICA CHRISTINE DAVOLI**
6803 SHORE BREEZE COURT
ARLINGTON TX 76016

DIRECT DEPOSIT $1,261.69
TO ACCOUNT # XXXXXX4188
BANK # XXXXXX2882

**N O N - N E G O T I A B L E**