Certificate Number: 17572-TXN-DE-040585637

Bankruptcy Case Number: 26-40204



17572-TXN-DE-040585637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2026, at 5:43 o'clock PM PST, Jessica Davoli completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:　February 4, 2026　　　　　　By:　/s/Leigh-Anna M Thompson

　　　　　　　　　　　　　　　　　Name:　Leigh-Anna M Thompson

　　　　　　　　　　　　　　　　　Title:　Counselor