BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Jessica Davoli                                  §     Case No.:  26–40204–mxm7
                                                §     Chapter No.:  7
                          Debtor(s)             §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  4/22/26                         FOR THE COURT:
                                        Stephen J Manz, Clerk of Court