United States Bankruptcy Court

Northern District of Texas

In re:

Jessica Davoli

    Debtor

Case No. 26-40204-mxm

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4        User: admin        Page 1 of 2

Date Rcvd: Apr 23, 2026        Form ID: 318        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jessica Davoli, 6803 Shore Breeze Ct, Arlington, TX 76016-4251 |
| 23129035 | | American Medical Response, 4400 Hwy 121 Suite 700, Coppell, TX 75019 |
| 23129038 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23129042 | + | Jetblue Mastercard, PO Box 8801, Wilmington, DE 19899-8801 |
| 23129043 | + | Laboratory Physicians Assoc, PO Box 422009, Houston, TX 77242-4209 |
| 23129047 | + | Methodist Medical Group, PO Box 733540, Dallas, TX 75373-3540 |
| 23129052 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23129056 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23129060 | + | Us Anesthesia Partners, PO Box 2978 Cn 14, Muncie, IN 47307-0978 |
| 23129061 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 23129055 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Apr 23 2026 22:58:00 | Teamhealth, 3225 N Star Cir, Louisville, TN 37777 |
| 23129036 | ^ | MEBN | Apr 23 2026 23:00:54 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23129037 | | EDI: TSYS2 | Apr 24 2026 02:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 23129039 | + | EDI: CAPITALONE.COM | Apr 24 2026 02:26:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23129040 | ^ | MEBN | Apr 23 2026 23:04:32 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23129041 | + | EDI: IRS.COM | Apr 24 2026 02:26:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23129044 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 23 2026 23:00:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23129045 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 23 2026 23:00:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23129046 | ^ | MEBN | Apr 23 2026 22:59:08 | Methodist Health System, PO Box 733536, Dallas, TX 75373-3536 |
| 23129048 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 23 2026 23:00:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 23129049 | + | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23129050 | ^ | MEBN | Apr 23 2026 22:57:43 | Prosper Loans, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

District/off: 0539-4 | User: admin | Page 2 of 2

Date Rcvd: Apr 23, 2026 | Form ID: 318 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| 23129051 | ^ | MEBN | Apr 23 2026 23:04:36 | Radiology Associates Of North Texas, PO Box 1259 #165957, Oaks, PA 19456-1259 |
| 23129053 | | Email/Text: pacer@cpa.state.tx.us | Apr 23 2026 23:00:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23129054 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 23 2026 22:58:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23129057 | + | Email/Text: bcd@oag.texas.gov | Apr 23 2026 22:59:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23129058 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 23 2026 23:00:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23129059 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 23 2026 23:00:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23129062 | + | EDI: WFHOME | Apr 24 2026 02:26:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 23129063 | + | EDI: WFFC2 | Apr 24 2026 02:26:00 | Wells Fargo Installment Loan, 420 Montgomery St, San Francisco, CA 94104-1207 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jessica Davoli clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

| | |
|---|---|
| **Information to identify the case:** | |

| | | |
|---|---|---|
| Debtor 1 | Jessica Davoli | Social Security number or ITIN  xxx–xx–3498 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 26–40204–mxm7 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica Davoli

4/22/26

**By the court:** <u>Mark X. Mullin</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2